# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

APPROXIMATELY $15,850.00 U.S. CURRENCY,

                 Defendant,

and

GEORGE NORMAN, III,

                 Claimant.

Case No. 23-CV-197-JPS

## ORDER

On February 13, 2023, the United States filed a verified complaint for civil forfeiture *in rem.* ECF No. 1. The complaint alleges that approximately $15,850.00 in United States currency is subject to forfeiture to the United States under 18 U.S.C. § 881(a)(6) because the proceeds were used or intended to be used in exchange for controlled substances or otherwise used to facilitate a violation of 21 U.S.C. § 841(a)(1). *Id.* at 1–2.

The United States issued notices and publications regarding the defendant property that are required under the Supplemental Rules for Admiralty of Maritime Claims and Assert Forfeiture Actions and the civil local rules. *See* ECF Nos. 4–6, 9–11. As of this date, only Claimant George Norman, III, ("Claimant") has filed a verified claim or answer as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and Rule 12(a) of the Federal Rules of Civil

Procedure. ECF No. 28 at 1–2. The time for filing a verified claim and answer has now passed. *Id*. at 2.

On January 15, 2026, the parties agreed to a Stipulation for Compromise Settlement ("Settlement"), ECF No. 28, in which the United States would return to Claimant $8,350.00 via payment through the United States Treasury in exchange for Claimant forfeiting $7,500.00 to the United States. *Id*. That same day, the Government moved for entry of judgment of forfeiture. ECF No. 29.

Based on the foregoing, the Court will adopt the parties' stipulation for compromise settlement, ECF No. 28, and will grant the United States' motion for entry of judgment of forfeiture, ECF No. 29.[1]

Accordingly,

**IT IS ORDERED** that the parties' stipulation for compromise settlement, ECF No. 28, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the United States' motion for judgment of forfeiture, ECF No. 29, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the United States shall return to the claimant, George Norman, III, by and through his attorney, Michael F. Hart, the sum of $8,350.00 in United States currency, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program;

**IT IS FURTHER ORDERED** that all right, title, and interest in the remaining approximately $7,500.00 in United States currency are forfeited to the United States of America;

---

[1] The Court adopts the United States' proposed order, ECF No. 29-1, except to the extent that it provides that the "Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture."

**IT IS FURTHER ORDERED** that the United States Marshal shall deposit the approximately $7,500.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2026.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge